FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 MAR -3  AM 10: 51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:09CR3027 |
| v. | ) |
| | ) **INFORMATION** |
| CROSSROADS COOPERATIVE | ) [29 USC §666(e)] |
| ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

The United States Attorney Charges:

## COUNT I

On or about March 7, 2007, in the District of Nebraska, CROSSROADS COOPERATIVE ASSOCIATION, (CROSSROADS) an employer within the meaning of Title 29 USC §666, willfully violated a standard, rule and order promulgated pursuant to Title 29 USC §655, and that violation, together with other factors, caused death of an employee of CROSSROADS, to wit: CROSSROADS knowingly permitted an employee to enter a grain bin near Lorenzo, Nebraska, in violation of safety standards found at 29 CFR §1910.272(g)(1)(ii) in that an auger system was not turned off and locked out and tagged while the employee was in said grain bin. As a result, the employee who entered the bin was buried by the grain in the bin, and died of suffocation.

In violation of Title 29, USC, Section 666(e).

                UNITED STATES OF AMERICA

BY:   JOE W. STECHER
        United States Attorney, D.NE.

And:  /s  Alan L. Everett
        ALAN L. EVERETT #15387
        Assistant United States Attorney
        487 Federal Building
        100 Centennial Mall North
        Lincoln, NE  68508
        (402) 437-5241
        Fax: (402) 437-5390
        E-mail: alan.everett@usdoj.gov

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

/s  Alan L. Everett
ALAN L. EVERETT #15387
Assistant United States Attorney